# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **GROENEVELD TRANSPORT EFFICIENCY, INC.,** ) ) ) | **CASE NO. 1:10 CV 702** |
| Plaintiff, ) | **JUDGE DONALD C. NUGENT** |
| v. ) ) | |
| **LUBECORE INTERNATIONAL, INC.,** ) ) ) | **MEMORANDUM OPINION AND ORDER** |
| Defendant. ) | |

This matter is before the Court on Plaintiff's Motion to Compel Discovery and Motion for an Award of its Associated Expenses filed on June 3, 2011 (Docket #99). Plaintiff, Groeneveld Transport Efficiency, Inc., seeks an order compelling Defendant, Lubecore International, Inc., to provide additional responses to Groeneveld's interrogatories and requests for production of documents asserting that the written responses and document production are "incomplete and evasive." Lubecore filed its Memorandum in Opposition to Plaintiff's Motion on June 17, 2011 (Docket #108). Lubecore argues that the Parties have engaged in significant discovery, including seven depositions, and that the objections raised to Groeneveld's discovery requests, including overbreadth, undue burden and relevancy, are valid. On June 27, 2011, Groeneveld filed its Reply Brief in Support of Its Motion to Compel (Docket #109).

The Parties filed Motions for Summary Judgment, which are fully briefed and pending. A status conference was held on July 12, 2011, at which time Counsel for Groeneveld indicated that the discovery sought through the instant Motion to Compel is not necessary to the disposition of its pending Motion for Summary Judgment.

## Conclusion

The Court has reviewed the Parties' Motions in detail and, based upon that review, believes that a more detailed explanation of the discovery sought and the basis upon which the information sought is discoverable is necessary. However, given that Groeneveld indicated the additional discovery is not necessary to the Court's decision on its pending summary judgment motion, Court hereby DENIES Plaintiff's Motion to Compel (Document #99) at this time. Following the Court's decision as to the pending Motions for Summary Judgment, Groeneveld may file a Motion to Compel, if necessary, subject to the instruction that Groeneveld provide a more detailed analysis of the legal basis for each of its discovery requests.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: July 20, 2011