# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **GROENEVELD TRANSPORT EFFICIENCY, INC.** | ) CASE NO. 1:10-CV-00702 )  ) JUDGE DONALD C. NUGENT |
| Plaintiff, | ) ) MAGISTRATE JUDGE |
| v. | ) WILLIAM H. BAUGHMAN, JR. ) |
| **LUBECORE INTERNATIONAL, INC.** | ) **PLAINTIFF GROENEVELD TRANSPORT** ) **EFFICIENCY, INC.'S MEMORANDUM IN** ) **OPPOSITION TO DEFENDANT'S** |
| Defendant. | ) **MOTION *IN LIMINE* TO EXCLUDE** ) **REPORT AND TESTIMONY BY DR.** ) **MAJID RASHIDI** |

Defendant Lubecore International, Inc. ("Defendant") asserts in its Motion *in Limine* to Exclude the Report and Testimony by Dr. Majid Rashidi that Dr. Rashadi's testimony should be prohibited as it is offered to rebut the testimony of a fact witness. However, a great deal of Martin Vermeulen's testimony presents expert opinion, not fact testimony, and as such it is completely appropriate to rebut that testimony with an expert. "We are aware of no case that suggests a party is precluded from calling a rebuttal expert when the opposing party admits his "expert" testimony through a lay witness, and we decline to impose such a rule now." Konvitz v. Midland Walwyn Capital, Inc., 129 Fed. Appx. 344, 347 (9th Cir. 2005).

Mr. Vermeulen is an engineer who was engaged by Defendant to create Defendant's product at issue in this action. Defendant seeks to present Mr. Vermeulen's testimony at trial by video deposition, taken within the last weeks just before trial.

But, Defendant does not present Mr. Vermeulen to testify as a fact witness regarding his design of the Lubecore product. Rather, Defendant seeks to present through Mr. Vermeulen

expert assessments and opinions about the function and functionality of the Groeneveld EP0 product.

Mr. Vermeulen worked for Groeneveld over thirty years ago.  He now testifies to some fact matters to which he has first-hand knowledge, but most of his testimony seeks to present expert testimony regarding the current Groeneveld product.

```
(page 10)
       7       Q.   Are you currently employed, Mr.
       8   Vermeulen?
       9       A.   I am self-employed.
      10       Q.   And what do you do in your
      11   self-employment?
      12       A.   I design products for the
      13   automotive industry on a freelance basis, and I
      14   have a partnership with a Korean company called
      15   Taesung.  And for them I develop automotive
      16   products, and I am responsible for export
      17   sales, and "export" means outside Korea.
      18       Q.   Is the business of Taesung totally
      19   automotive parts?
      20       A.   Yes, they are.  Automotive and
      21   heavy machinery equipment.  We are what is
      22   called or known in the industry as an "OEM"
      23   supplier.  And "OEM" stands for "original
      24   equipment manufacturer".

(pages 11-12)
      16       Q.   Do any of your responsibilities
      17   today involve automated lubrication systems?
      18       A.   Yes, sir, it does.
      19       Q.   In what sense?
      20       A.   In Taesung, we are a producer of
      21   automated lubricating system parts, and I am
      22   designing and developing engineering systems
      23   for various brands of automated lubricating
      24   systems around the world.
      25       Q.   Can you give us an idea of what
       1   brands you do that for?
       2       A.   Oh, there are quite a lot.  Most
       3   popular names is Ciaponi, Lincoln, EE,
       4   Lubecore, BEKA-MAX.  There are dozens and
       5   dozens of companies in the automotive industry,
       6   lubricating systems.  ***
```

(page 21)
```
 7      Q.   Why does the base of the new pump
 8   that your team engineered for Groeneveld have
 9   the irregular shape it does?
10      A.   The irregular shape is more or less
11   determined by the function of the parts that
12   are in it.  When you make a product of
13   aluminium, the price of aluminium is in effect
14   the highest cost price of the pump, highest
15   part price of the pump.  So you want to keep
16   every single gram of aluminium.  You want to
17   take out that you don't need.  What you see in
18   the picture is that the round shape is actually
19   following the round piston, and the four
20   straight columns are there to hold the bolts
21   that connect the bottom ceiling part to the
22   main body on the front, the valves that you
23   see.  If you want to make it look nice, you
24   make it square or round, or you give it a nice
25   design.  ***
```

(page 22)
```
 5      Q.   Why is the base the thickness it
 6   is?
 7      A.   There's reasons, technical reasons
 8   for that.  If you make it thicker, that's
 9   rather silly, because you're spending money on
10   something that's not supposed to be there.
11   When you make it thinner, you have a serious
12   risk that the pressure inside makes the body
13   burst.  And that's definitely something you
14   don't want, for safety reasons.
15      Q.   Would it have cost more to
16   manufacture this pump if it had had a rounded
17   aluminum alloy base to it?
18           MS. MICHELSON:  Objection.  Go
19   ahead.
20      A.   Yes.  I would say that anything --
21   if you take this particular body, if we --
22   anything was changed on this body, any gram of
23   material, wherever you would place it, that
24   would make it more expensive.
```

(pages 24-25)
```
19      Q.   Could the team have designed this
20   pump with a square-shaped reservoir?
```

3

```
21      A.   Yeah.  Sure.  We could have.
22      Q.   Why didn't you?
23      A.   Well, two reasons.  First of all,
24   in nature things are usually round, not square.
25   Square things are extremely difficult to seal.
 1   And as you can see, we are using seals inside
 2   that pump and also a follower plate.  Anything
 3   that you make square on the four corners is
 4   extremely difficult to close off, and it will
 5   leak eventually.  That is one reason.
 6           And the second reason, of course,
 7   is cost price.  Square reservoirs, square
 8   rings, square seals are more expensive than
 9   round.
10      Q.   Why is the reservoir on the top of
11   the pump housing?
12      A.   Mostly because of gravity.  Gravity
13   pulls things down.  So if you put grease on the
14   bottom of something and it drops down, you have
15   to suck it up with a piston.  That is
16   technically difficult.  And especially in
17   wintertime, when grease is very stiff and cold,
18   pistons usually do not have enough vacuum to
19   suck up the grease.  So it's only logic that
20   you place grease on top of the piston.  Then
21   when the piston is sucking, gravity is helping
22   to put the grease into the grease chamber.  ***
```

(pages 26-27)
```
12      Q.   In engineering this pump, was one
13   of the team's goals to make a nice-looking
14   pump?
15      A.   Well, if you look at the pump, that
16   answers for itself.  The thing is ugly.  It's
17   designed to do a function.  If we were to make
18   it nice, I would have given it a nice plastic
19   cover, made some nice features on it.  This
20   thing is purely functional.
21      Q.   In engineering this pump, was one
22   of the team's goals to make it look distinctive
23   in any way?
24           MS. MICHELSON:  I'm going to
25   object.  Excuse me.  Excuse me --
 1      A.   The only thing that we did was make
 2   it work.  And the way it looks now is simply a
 3   result of engineering.  And we never had any
 4   idea to make it look in any particular way.
```

> 5  It's just engineered the way it is.
> 6      Q.  Is there anything fanciful about
> 7  the configuration of the Groeneveld pump that
> 8  your team engineered?
> 9      A.  No.  Not really.
> 10     Q.  Is there anything arbitrary about
> 11 the configuration of the pump that your team
> 12 engineered for Groeneveld?
> 13     A.  No.  I don't think so.

(pages 39-40)
> 22     A.  Yes.  I think it's fair to say that
> 23 it's a complete new generation.
> 24     Q.  Why is that?
> 25     A.  Well, there has been 30 years in
> 1  between, and a new generation, new materials,
> 2  new technical perspectives, a new fresh way at
> 3  looking things.  That is, in my opinion, worth
> 4  calling it a "new generation".

As Mr. Vermeulen is being presented to offer expert and opinion testimony on functionality and distinctiveness of the Groeneveld product at issue in this case, it is fully appropriate that Groeneveld be permitted to present rebuttal including expert testimony. Otherwise, in the alternative, Mr. Vermeulen's testimony must be excluded.

Respectfully submitted,

  */s/ Deborah J. Michelson*
DEBORAH J. MICHELSON (0059044)
DAVID A. KUNSELMAN (0073980)
STEVEN J. MILLER (0014293)
MILLER GOLER FAEGES LLP
1301 East 9th Street, Suite 2700
Cleveland, Ohio 44114-1835
(Phone) 216-696-3366 • (Fax) 216-363-5835
Michelson@MillerGolerFaeges.com
Kunselman@MillerGolerFaeges.com
Miller@MillerGolerFaeges.com
***Counsel for Plaintiff***
***Groeneveld Transport Efficiency, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2011, the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Deborah J. Michelson*
                                          DEBORAH J. MICHELSON (0059044)